Decided March 23, 2005

ARUTE BROTHERS, INC. *v.* DEPARTMENT OF TRANSPORTATION

The plaintiff's petition for certification for appeal from the Appellate Court, 87 Conn. App. 367 (AC 25002), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*Lawrence G. Rosenthal, Pamela Levin Cameron* and *Mark A. Rosenblum,* in support of the petition.

*Peter R. Huntsman,* assistant attorney general, in opposition.

Decided March 23, 2005